395 A.2d 985

Griffith, Appellant, v. Griffith.

Argued September 12, 1978. Leonard J. Gajewski, for appellant; C. Eves, with him David M. Kozloff, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.